UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **KRAN BELL,** | : | Intent to Distribute One Kilogram or More of |
| **also known as "Kieran Bell",** | : | Phencyclidine, Ecstasy, and 50 Grams or More |
| **Defendant.** | : | of Cocaine Base); |
| | : | 18 U.S.C. §1962(d) |
| | : | (Conspiracy to Participate in a Racketeer |
| | : | Influenced Corrupt Organization); |
| | : | 18 U.S.C. §1959(a) |
| | : | (Commission of a Violent Crime in Aid of |
| | : | Racketeering Activity - Murder); |
| | : | 18 U.S.C. §924(c)(1)(A)(iii) |
| | : | (Use and Discharge of a Firearm During a |
| | : | Crime of Violence); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**UNDER SEAL**

**CRIMINAL INFORMATION**

The United States Attorney charges that:

**COUNT ONE
NARCOTICS CONSPIRACY**

**A. THE CONSPIRACY**

From on or about sometime in at least 1997, the exact date being unknown to the government, and continuing thereafter up to and including November 2004, within the District of Columbia, and elsewhere, the defendant, **KRAN BELL, also known as "Kieran Bell,"** together with JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; JAMES D. HILL, also known as "Foxy";

JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; EDWARD N. SPEARS, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; and REGINA LENEAR, also known as "Gina," and co-conspirators not named herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the government, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a) mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv);

(b) mixtures and substances containing a detectable amount of 3, 4 Methylenedioxyamphetamine Hydrochloride ("MDA") and 3, 4 Methylenedioxymethamphetamine Hydrochloride ("MDMA") , both commonly known as Ecstasy, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(c) mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

B. **GOALS OF THE CONSPIRACY**

(1) It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendant and co-conspirators acquired phencyclidine, also known as PCP, Ecstasy, and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2) It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances; to collect monies owed to members of the conspiracy; to protect the conspiracy and its members from detection, apprehension and prosecution by law enforcement; and to promote and enhance the reputation and standing of members of the conspiracy.

C. **WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY**

(1) The conspiracy was largely directed by the primary supplier of phencyclidine, JOHN L. FRANKLIN, who directly and indirectly, managed and supervised other members of the conspiracy. The members of the conspiracy knowingly and intentionally distributed and possessed with intent to distribute phencyclidine, also known as PCP, Ecstasy, and cocaine base, also known as crack cocaine. The principal locations at which members of the conspiracy conducted their illegal drug business included but were not limited to: the 1200 block of 18th Street, N.E., the 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of M Street, N.E., and the blocks surrounding this area, within the District of Columbia. The ways, manner and means by which the co-conspirators operated their illegal drug trafficking organization, include, but are not limited to the following:

(2) JOHN L. FRANKLIN regularly obtained large quantities of phencyclidine, also known as PCP, from Herbert Eugene Martin, also known as "Worm," a co-conspirator not indicted herein, and others both known and unknown to the government. JOHN L. FRANKLIN, at various times,

then supplied the PCP, as well as Ecstasy, to other members of the conspiracy for redistribution by them. Those members furthered the conspiracy's drug trafficking business by redistributing controlled substances to co-conspirators and customers in the District of Columbia and elsewhere.

(3) It was part of the conspiracy that the defendant and his co-conspirators would, and did, play different roles in the conspiracy, perform certain different tasks and participate in the conduct of the organization through various criminal acts. The defendant and his co-conspirators made themselves and their services available at various times throughout the life of the conspiracy and participated in certain drug trafficking ventures as required to promote and protect the illegal drug distribution operation. The roles assumed by some co-conspirators were interchangeable at various times throughout the conspiracy. Some of the roles assumed and carried out by the co-conspirators included, among others, supplier of drugs, organizer, packager, deliverer, shipper, holder, intermediary, helper, and street seller.

(4) In the early years of the narcotics distribution conspiracy, the conspiracy primarily involved the sales of cocaine base, also known as crack cocaine. In later years, the conspiracy later expanded and shifted to include the distribution of phencyclidine, also known as PCP, and Ecstasy. While phencyclidine, also known as PCP, was the primary drug involved in the conspiracy in later years, various members of the conspiracy made it known that customers could also purchase Ecstasy, and cocaine base, also known as crack cocaine. As part of the conspiracy, members of the conspiracy distributed such drugs to customers who requested them.

(5) It was further part of the conspiracy that the defendant and co-conspirators used land line and cellular telephones to facilitate their illegal drug business; that is, making telephone calls to communicate with each other, suppliers, and customers, and to protect against the detection of the conspiracy by law enforcement officials. It was further part of the conspiracy that when using

telephones, the defendant and co-conspirators used nicknames and code words to identify co-conspirators and describe quantities of narcotics and money.

(6) It was further part of the conspiracy that the defendant and co-conspirators possessed, carried and used firearms to protect their drug trafficking operation from theft, robbery, and competition from rival sellers. These weapons were possessed, carried and used for various reasons, including but not limited to: to protect the organization's narcotics and the proceeds of drug distribution; to ensure that drug distribution activities were controlled by the defendants and co-conspirators; to intimidate others from distributing phencyclidine, also known as PCP, cocaine base, also known as crack cocaine, and Ecstasy in the organization's area; and to ensure the personal safety of the members of the organization.

(7) It was further part of the conspiracy that its members sought to avoid detection and investigation by law enforcement authorities by shifting their areas of selling within the members' selling territory in response to the presence of law enforcement.

**D.   OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendant, co-conspirators and others not named herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1. On or about August 24, 2002, within the District of Columbia, **KRAN BELL, also known as "Kieran Bell,"** while armed with a firearm, killed Andre McCarson by shooting him.

2. On or about October 5, 2002, in the 1200 block of 18th Street, N.E., within the District of Columbia, **KRAN BELL, also known as "Kieran Bell,"** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

(**Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Phencyclidine, Ecstasy, and 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO
## RICO CONSPIRACY

A. **The Enterprise**

(1) At various times relevant to this Information, the defendant, **KRAN BELL, also known as "Kieran Bell,"** together with JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; EDWARD N. SPEARS, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; and REGINA LENEAR, also known as "Gina," and others known and unknown, were members and associates of an enterprise whose members and associates engaged in violence, including murder, attempted murder, assaults with intent to kill, assaults with a dangerous weapon, and armed robbery, and illegal drug trafficking, and which operated principally within the District of Columbia, and the metropolitan vicinity,

including the State of Maryland and the Commonwealth of Virginia. The principal locations at which members of the conspiracy conducted their illegal drug business included but were not limited to: the 1200 block of 18th Street, N.E., the 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of M Street, N.E., and the blocks surrounding this area, within the District of Columbia.

(2)   The criminal organization, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise"), that is, a group of individuals associated in fact. The enterprise constituted of an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

(3)   A principal goal of the organization was to obtain money and other things of value. It was a further goal of the organization to traffic in controlled substances, including phencyclidine, also known as PCP, cocaine base, also known as crack cocaine, and Ecstasy, to commit acts of murder, attempted murder, robbery, burglary, assaults with a dangerous weapon, assaults with intent to kill, and other acts of violence for the following purposes, among others: to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; and to promote and enhance the reputation and standing of the enterprise and its members.

B. **THE RACKETEERING CONSPIRACY**

The Information incorporates by reference Section A of this Count, Count Two, as though fully restated and re-alleged herein.

(1)     From in or about sometime in at least 1997, the exact date being unknown to the government, and continuing thereafter up to and including November 2004, within the District of Columbia and elsewhere, the defendant, **KRAN BELL, also known as "Kieran Bell,"** together with JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; EDWARD N. SPEARS, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; and REGINA LENEAR, also known as "Gina," being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree together and with each other, and with persons known and unknown to the government, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5), consisting of multiple acts involving:  the

felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846; and acts involving murder, in violation of Title 22, D.C. Code, Sections 401, 1805, 2101, 2103, 2104, and 4502.

 (2) It was part of the conspiracy that the defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

### C. MANNER AND MEANS OF THE ENTERPRISE

 (1) The Information incorporates by reference Count One of this Information, Section C, "WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY," as though fully restated and re-alleged herein.

 (2) Among the means and methods by which the defendant and his associates conducted and participated in the conduct of the affairs of the enterprise were the following:

  a. Members of the enterprise and their associates committed, attempted and threatened to commit acts of violence, including murder and robbery, to protect and expand the enterprise's criminal operations.

  b. Members of the enterprise and their associates promoted a climate of fear through violence and threats of violence.

  c. Members of the enterprise and their associates used and threatened to use physical violence against various individuals.

**D.    OVERT ACTS**

In furtherance of the conspiracy and in order to effect the objects thereof, the defendant and his co-conspirators, known and unknown to the government, committed and caused to be committed the following overt acts, among others, within the District of Columbia, and elsewhere:

The Information incorporates by reference Section D, "OVERT ACTS," in Count One, as though fully restated and re-alleged herein.

**E.    SPECIAL SENTENCING FACTORS**

(1) The defendant, **KRAN BELL, also known as "Kieran Bell,"** together with JOHN L. FRANKLIN; JOSEPH L. BLACKSON, also known as "Joe Black"; KENNETH A. COLE, also known as "Cricket"; ANTHONY R. DAVIS, also known as "Football"; KENNETH DODD, also known as "K," also known as "K-Dog"; JAMES D. HILL, also known as "Foxy"; JAMAL HINSON; SHAWN HINSON, also known as "Jack"; JONTE D. ROBINSON, also known as "Tay," also known as "Black"; WILLIAM D. ROBINSON, also known as "Dee"; WILLIAM H. SIMMONS, also known as "Mike"; EDWARD N. SPEARS, also known as "Junior"; DWAINE WILLIAMS, also known as "Dwayne Williams," also known as "Scooter"; GEORGE WILSON, also known as "Shug," also known as "Donnell Mack," also known as "Herman Walker"; APRIL DODD; TOMMIE DORSEY, also known as "Pinball"; ELLIOTT FIELDS, also known as "L"; LARRY GOOCH, also known as "Goo"; and REGINA LENEAR, also known as "Gina," and co-conspirators not indicted herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the government, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a) mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv); and

(b) mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(2) On or about August 24, 2002, within the District of Columbia, **KRAN BELL, also known as "Kieran Bell,"** while armed with a firearm, purposely and with deliberate and premeditated malice, killed Andre McCarson by shooting him with a firearm, thereby causing injuries from which Andre McCarson died on or about August 24, 2002, in violation of 22 D.C. Code Sections 2101, and 4502.

(**Conspiracy to Participate in a Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d))

## COUNT THREE
## VIOLENT CRIME IN AID OF RACKETEERING - MURDER

1. At all times relevant to this Information, the racketeering enterprise, as more fully described in paragraph A of Count Two of this Information, which is re-alleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of

achieving the objectives of the enterprise.

2. At all times relevant to this Information, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving: the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections 841 and 846; acts involving murder, in violation of Title 22, D.C. Code, Sections 401, 1805, 2101, 2103, 2104, and 4502, and acts involving robbery, in violation of Title 22, D.C. Code Sections 2801, and 4502.

3. On or about August 24, 2002, within the District of Columbia, as consideration for the receipt of, and as consideration for a promise and an agreement to pay, anything of pecuniary value from the enterprise, and for the purpose of gaining entrance to and maintaining and increasing his position in the enterprise, an enterprise engaged in racketeering **KRAN BELL, also known as "Kieran Bell,"** unlawfully and knowingly murdered Andre McCarson, in violation of 22 D.C. Code Sections 2101, 4502 and 1805.

**(Commission of a Violent Crime in Aid of Racketeering Activity - Murder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2 and 1959(a)(1))

### COUNT FOUR
### USE OF A FIREARM

On or about August 24, 2002, in the 1200 block of 18th St., N.E., within the District of Columbia, **KRAN BELL**, **also known as "Kieran Bell,"** did unlawfully and knowingly use, and discharge during and in relation to, a crime of violence, for which he may be prosecuted in a court

of the United States, that is Count Two of this Information which is incorporated herein, a firearm, that is, a .45 caliber semi-automatic pistol.

    (**Use and Discharge of a Firearm during a Crime of Violence**, in violation of Title 18, United States Code, Sections 924 (c)(1)(A)(iii))

                            KENNETH L. WAINSTEIN
                            Attorney of the United States in
                            and for the District of Columbia.
                            Bar No. 451-058

BY:   _____

        DARLENE M. SOLTYS
        Assistant United States Attorney
        Bar No. 431-036
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4826
        Washington, D.C. 20530
        (202) 514–8147

BY:   _____

        JOHN P. DOMINGUEZ
        Assistant United States Attorney
        Bar No. 949-809
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4247
        Washington, D.C. 20530
        (202) 514-7060