UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KRAN BELL

Criminal No. 05-343



WAIVER OF INDICTMENT

FILED
SEP 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **KRAN BELL**, the above named defendant, who is accused of:

Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Phencyclidine, Ecstasy, and 50 Grams or More of Cocaine Base;

Conspiracy to Participate in a Racketeer Influenced Corrupt Organization;

Commission of a Violent Crime in Aid of Racketeering Activity - Murder

Use and Discharge of a Firearm During a Crime of Violence

Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on September 1, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

9/19/05