UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No. 05-343 (RMC) |
| | : |
| v. | : |
| | : |
| | : **FILED UNDER SEAL** |
| KRAN BELL | : |
| _____ | : |

**PARTIES' JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant's counsel, Anthony Martin, hereby respectfully submit the following joint status report on defendant's continued cooperation with the Government:

1. On September 19, 2005, the defendant pled guilty pursuant to a cooperation agreement. At the conclusion of that hearing, the Court ordered the parties to submit a status report 90 days hence. Counsel for the Government and defense counsel hereby submit the following report.

2. The United States reports that defendant, who is detained pursuant to 18 U.S.C. §3143, pending his sentencing, is now detained at a Detention Facility in Orange County, Va. The government obtained and returned to him, his personal property from the Fairton F.C.I. in New Jersey. It is anticipated that the defendant's testimony will occur at the trial scheduled to begin in January, 2007.

3. In short, the United States continues to require defendant's cooperation, and reports that the cooperation is proceeding well.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the next joint status report be due in 90 days.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney
                Bar No. 451-058

By:    DARLENE M SOLTYS
        Bar No. 431-036
        202-353-3706
        JOHN P. DOMINGUEZ
        Bar No. 959-809
        202-514-7060
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        **Counsel for United States**

By:

        Anthony Martin, Esq.
        7841 Belle Point Dr.
        Greenbelt, MD 20770
        **Counsel for Defendant**