UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 05-343 (RMC) |
| | : | |
| v. | : | |
| | : | **FILED UNDER SEAL** |
| **KRAN BELL** | : | |
| _____ | : | |

ORDER

Upon review of the Parties' Joint Status Report, and the entire record herein, it is hereby

ORDERED, this _____ day of _____, 2005, that the parties shall HEREBY file a

joint status report on or before _____, 2006.

                                                                                    _____
                                                                                    ROSEMARY M. COLLYER
                                                                                    UNITED STATES DISTRICT COURT

**Copies to:**
Darlene M Soltys
John P. Dominguez
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Anthony Martin, Esq.
7841 Belle Point Dr.
Greenbelt, MD 20770