UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 05-343(RMC) |
| | : <u>UNDER SEAL</u> |
| KRAN BELL | : |
| | : |

## <u>GOVERNMENT'S MOTION FOR SENTENCING DEPARTURE</u>

The United States of America, through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia moves for a sentencing departure. A memorandum in support of sentencing departure is filed in a separate pleading.

The defendant provided substantial assistance to the Government in the investigation and prosecution of others involved in criminal conduct. If the Court agrees and grants this motion, the defendant would be entitled to a downwards sentencing departure, to be applied in the discretion of the Court, and without regard to restrictions otherwise applicable through the sentencing guidelines or statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and Section 5K1.1 of the <u>U.S.S.G. Manual</u>. The applicable guideline range from which to depart currently is 360 months - life (plus 10 years). Because the Government has filed this departure motion and cited 18 U.S.C. Section 3553(e), the Court is also free to disregard the

statutory mandatory sentences (ten years for the narcotics conspiracy and life for both the RICO and VICAR counts), provided it grants the Government's departure motion.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          UNITED STATES ATTORNEY
          D.C. Bar No. 498-610

By: _____
          DARLENE M. SOLTYS
          Assistant United States Attorney
          Organized Crime and Narcotics Section
          Bar No. 431-036
          555 Fourth Street, N.W.
          Washington, D.C. 20001
          (202) 514-8147
          darlene.soltys@usdoj.gov

_____
JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959809
Organized Crime and Narcotics Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7060; Fax: 514-8707
john.dominuez@usdoj.gov

          Certificate of Service

I hereby certify that a copy of the foregoing motion for sentencing departure has been delivered by facsimile, to the attorney for the defendant, Anthony Martin, Esq. and to Kathy McGill, United States Probation Officer, this  17  day of January, 2008.

_____
Darlene M. Soltys
Assistant United States Attorney