## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-343 (RMC)** |
| | : | **(Sealed)** |
| **KRAN BELL** | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia requests this court to unseal this case, as the reasons for which it was placed under seal have been accomplished and are no longer valid.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498-610

_____
DARLENE M. SOLTYS
Assistant United States Attorney
Bar No. 431-036
Organized Crime and Narcotics Section
(202) 514–8147
darlene.soltys@usdoj.gov

_____
JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959809
Organized Crime and Narcotics Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7060; Fax: 514-8707
john.dominuez@usdoj.gov

Certificate of Service

I hereby certify that a copy of the foregoing motion to unseal has been delivered by facsimile, to the attorney for the defendant listed below:

Anthony Martin
Attorney at Law

and to

Kathie McGill
United States Probation Officer
U.S. Courthouse
Washington, D.C.  20001

This     day of January, 2008.
.

_____
Darlene M. Soltys
Assistant United States Attorney