UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-343 (RMC)** |
| | : | **(Sealed)** |
| **KRAN BELL** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Government's Motion to Unseal, and the entire record herein, it is this _____ day of January, 2008,

ORDERED, that the above captioned case previously placed under seal shall be unsealed, except that the government's sentencing memorandum shall remain under seal.

_____
Judge, United States District Court
For the District of Columbia