UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
         v.                       :    CRIMINAL NO. 05-343 (RMC)
                                  :         (Sealed)
KRAN BELL,                        :                              FILED
         Defendant.               :
                                                                JAN    2008

                                                       NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT
                              ORDER

   Upon consideration of the Government's motion for sentencing departure, and the entire record herein, it is this 18th day of January, 2008,

   ORDERED, that this Court finds that based upon the defendant's substantial assistance to law enforcement, that the defendant is entitled to a sentencing departure pursuant to 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual.

                                          _____
_____                               United States District Judge
Date