UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 05-343 (RMC) |
| : | |
| KRAN BELL     : | |
| Defendant.  : | |

**FILED**

JAN    2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Government's Motion to Unseal, and the entire record herein, it is this ___18th___ day of January, 2008,

ORDERED, that the above captioned case previously placed under seal shall be unsealed, except that the government's sentencing memorandum shall remain under seal.

_____
Judge, United States District Court
For the District of Columbia

3