# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-0343 (RMC) |
| KIERAN BELL, | : |
| Defendant. | : |

## MOTION FOR RECONSIDERATION
## AND REDUCTION OF SENTENCE

KIERAN BELL, through his court-appointed attorney, Anthony D. Martin, moves pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure for reconsideration and reduction of his sentence for the reasons set forth below.

### *Background*

On September 19th, 2005 KIERAN BELL (*aka* KRAN BELL) pled to various violations including: conspiracy to distribute drugs; participation in a racketeer corrupt organization; commission of a violent crime in aid of racketeering; and the use and discharge of a firearm during a crime of violence. Mr. BELL appeared before the court on January 18th, 2008 for sentencing at which time the court stated that it would impose a term of imprisonment of eighteen years. The court also stated that Mr. BELL was to receive credit for time served. The judgment and commitment order has not been entered as of this filing.

### *Basis of Request*

Mr. Bell avers that at the time of his sentencing the court was under the mistaken impression that he had not acquired his GED during his term of incarceration. He wants the court to know that he has his GED and that he has successfully completed several vocational programs. As a result, he feels that he does not need such a long term of incarceration to rehabilitate, as he has already made substantial progress in that regard.

### *Prayer*

In light of his efforts and his readiness to re-enter society, Mr. BELL asks the court to consider a sentence of no more than fifteen (15) years of imprisonment. He does not seek a reconsideration of any of the other terms and conditions imposed at the time of his sentencing.

Respectfully submitted,

By: _____
ANTHONY D. MARTIN
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791 (fax)

*Attorney for Kieran Bell*