UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 05-CR-00343 (RMC) |
| KIERAN BELL, | : | |
| Defendant. | : | |

**ORDER**

KIERAN BELL, has moved pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure for reconsideration and reduction of his sentence. After having reviewed the record as a whole and the government's response to the motion, it appears to the court that a factor not previously considered at the time of sentencing warrants reconsideration of the term of imprisonment imposed.

WHEREFORE, IT IS ORDERED this _____ day of February 2008. that Mr. BELL be sentenced to a term of fifteen (15) years imprisonment. It is FURTHER ORDERED that the clerk of the court correct the docket report to reflect the change in the sentence imposed on January 18th, 2008.

_____
J   U   D   G   E