UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
| : | |
| Plaintiff,  : | |
| : | |
| v.  : | Case Number: 05-CR-0343 (RMC) |
| : | |
| : | |
| KIERAN BELL,  : | |
| : | |
| Defendant.  : | |
| : | |

**MOTION FOR MISCELLANEIOUS RELIEF**
(Transfer out of Washington Metropolitan Area)

KIERAN BELL, through his court-appointed attorney, Anthony D. Martin, submits a request for transfer from the Correctional Treatment Facility in Washington DC to a facility outside of the Washington Metropolitan Area. Reasons for his request follow.

*Background*

On September 19th, 2005 KIERAN BELL (*aka* KRAN BELL) pled to various violations including: conspiracy to distribute drugs; participation in a racketeer corrupt organization; commission of a violent crime in aid of racketeering; and the use and discharge of a firearm during a crime of violence. Mr. BELL appeared before the court on January 18th, 2008 for sentencing at which time the court stated that it would impose a term of imprisonment of eighteen years. The court also stated that Mr. BELL was to receive credit for time served. The judgment and commitment order has not been entered as of this filing.

*Basis of Request*

From the date of his arrest to the present and continuing Mr. BELL has been removed from the physical oversight of the Federal Bureau of Prisons. He has been housed in various facilities in and around the Washington Metropolitan area. As a result, he has come into contact with several individuals from Washington DC that either knew him or friends of his on the streets.

These chance meetings have more often than not created friction for Mr. BELL. Indeed, at his present location; the Central Treatment Facility (CTF), he is baited by both detainees and correctional officers. Mr. BELL avers that one of the correctional officers is a relative of someone that he has a continuing feud with. This feud originated from a time when Mr. BELL was on the street. Mr. BELL does not want any problems, but insists that the situation at the CTF has become intolerable and at times violent.

*Prayer*

As a result, Mr. BELL seeks a recommendation from the court that he be transferred out of the Washington Metropolitan Area forthwith. His preference is one of the two following locations:

>   FCI MIAMI
>   FEDERAL CORRECTIONAL INSTITUTION
>   15801 S.W. 137TH AVENUE
>   MIAMI, FL 33177
>
>   MDC BROOKLYN
>   METROPOLITAN DETENTION CENTER
>   80 29TH STREET
>   BROOKLYN, NY 11232

        Respectfully submitted,

By: _____
ANTHONY D. MARTIN
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791 (fax)

*Attorney for Kieran Bell*