# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-00343 (RMC) |
| KIERAN BELL, | : |
| Defendant. | : |

## ORDER

KIERAN BELL has moved for a recommendation that he be transferred out of the Washington Metropolitan Area while being processed for entry into the Witness Protection Program. After having reviewed the record as a whole and considered the government, it appears that the request should be granted.

WHEREFORE, IT IS ORDERED this ____ day of February 2008 that the clerk of the court note on the judgment and commitment order the court's recommendation that Mr. BELL be transferred forthwith while waiting for placement into the witness protection program. IT IS FURTHER ORDERED that the recommendation reflect that if possible he be transferred to one of the two following locations:

> FCI MIAMI
> FEDERAL CORRECTIONAL INSTITUTION
> 15801 S.W. 137TH AVENUE
> MIAMI, FL 33177
>
> MDC BROOKLYN
> METROPOLITAN DETENTION CENTER
> 80 29TH STREET
> BROOKLYN, NY 11232

_____<br>JUDGE