UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 05-353 (RMC) |
| : | |
| KRAN BELL : | |
| : | |

**GOVERNMENT'S OPPOSITION TO MOTION FOR RECONSIDERATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following response to the defendant's document #13.

For the reasons as expressed by the government in its Memorandum in Aid of Sentencing and during the sentencing hearing on January 18, 2008, the government urges the Court to deny the defendant's motion for reconsideration of sentencing.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
Darlene M. Soltys
Assistant United States Attorney
DC Bar # 431-036
(202)514-8147
darlene.soltys@usdoj.gov

_____
John P. Dominguez
Assistant United States Attorney
DC Bar #  Bar No. 959-809
555 4th Street, N.W.
Washington, D.C. 20530
(202)514-7060
john.dominguez@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was caused to be served by ECF filing on counsel for the defendant, Anthony Martin, this  29  day of January 2008.

_____
Darlene Soltys