**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 05-CR-0343 (RMC) |
| | : | |
| | : | |
| KIERAN BELL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**REPLY TO THE GOVERNMENT'S RESPONSE**
**TO THE DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE**

KIERAN BELL, through his court-appointed attorney, supplements his motion for reconsideration of sentence (Document #13) with the following facts.

### *Procedural Posture and Background*

On September 19th, 2005 KIERAN BELL (*aka* KRAN BELL) pled to various violations including: conspiracy to distribute drugs; participation in a racketeer corrupt organization; commission of a violent crime in aid of racketeering; and the use and discharge of a firearm during a crime of violence. Mr. BELL appeared before the court on January 18th, 2008 for sentencing at which time the court stated that it would impose a term of imprisonment of eighteen years. The court also stated that Mr. BELL was to receive credit for time served. The judgment and commitment order has not been entered as of this filing.

### *Basis of Request*

Mr. BELL is greatly disturbed by the fact that his prison term is so lengthy. He accepts the fact that he has to be punished for his misconduct, but feels that the government has not given sufficient weight to the contributions made by him during the course of his cooperation. He points to others who cooperated with the government after being charged with multiple murders, but received considerably less time then he did.[1] Moreover, Mr. BELL believes he should get credit for the twenty-three (23) for the parole violation; which occurred during the life of the conspiracy.

### *Prayer*

As a result, Mr. BELL respectfully requests that the court reconsider his sentence and reduce it based on his rehabilitative efforts, the nature and extent of his cooperation and to avoid sentencing disparity.

Respectfully submitted,

By: _____

ANTHONY D. MARTIN
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700; (301) 220-0791 (fax)

*Attorney for Kieran Bell*

---

[1] (e.g. James Faison; who admitted to nine (9) murders during the case of the *United States v. Antwan Ball,* and Thomas Simms; who killed two (2) government witnesses. Neither of these cooperators received as much time as Mr. Bell ; who only killed one person.