**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| v. | **:** | **CRIMINAL NO. 05-343 (RMC)** |
| **KRAN BELL** | **:** | |
| Defendant. | **:** | |

GOVERNMENT'S RESPONSE TO DEFENSE MOTION
FOR MISCELLANEOUS RELIEF

The United States of America, through its counsel, Jeffrey A. Taylor, the United States

Attorney for the District of Columbia responds in opposition to the defendant's motion for

miscellaneous relief (document 14, filed 1/29/2008).  The Government asserts the following in

response:

1.  On January 18, 2008, this Court sentenced the defendant to a term of 18 years in the

custody of the Bureau of Prisons.  The Bureau of Prisons has yet to designate the defendant to

serve his sentence at any particular facility.  Meanwhile, the U.S. Marshals Service and the

Bureau of Prisons is considering the U.S. Attorney's Office's application for placement of Mr.

Kran Bell in a special security institution.

2.  In the interim, the defendant, through counsel, requests transfer to FCI Miami or MDC

Brooklyn.  The defendant is currently housed at the Central Treatment Facility (hereinafter,

"CTF") in the D.C. Department of Corrections awaiting designation by the Bureau of Prisons.

3.  Although the Government is sympathetic to the defendant's plight at CTF, the U.S.

Marshals Service is not permitted to transfer the defendant to either of the requested institutions.

Moreover, there is no mechanism by law or regulation to allow a defendant to chose a facility

where he will be held pretrial, post sentence, or pre-designation.  He must remain in the custody

of the U.S. Marshals Service, District of Columbia, pending further action by the Bureau of

Prisons.  It is not uncommon for the designation process to take 45 days or more following

imposition of sentence.  In the meantime, the Government remains responsive to the defendant's

particular circumstances, and can ask the U.S. Marshals Service to transfer him to a contract

facility (somewhere in southern Virginia) pending action by the Bureau of Prisons.  We discussed

such a transfer with Mr. Bell before sentencing, and he elected to remain at CTF rather than

endure conditions at a local contract facility –which would be one of three local Virginia county

jails.  If Mr. Bell  receives a threat from an inmate or correctional staff (granted, a legitimate

concern), he should request protective custody and we will intervene with the U.S. Marshals

Service Prisoner Coordination Unit for placement in another local contract facility.  Absent

authorization from the Bureau of Prisons, the U.S. Marshals Service can not transport Mr. Bell to

Miami or Brooklyn, nor can they allow an inmate to select his place of confinement, even on a

temporary basis.  We will ask the U.S. Marshals Service and the Bureau of Prisons to expedite

review of the application to place Mr. Bell at a special security BOP facility.  In the meantime,

the Government will consult with defense counsel in attempt to fashion some acceptable relief

short of protective custody (or solitary confinement).

      WHEREFORE, we request the Court deny the defendant's request for miscellaneous

relief

                            Respectfully submitted,

                            JEFFREY A. TAYLOR
                            UNITED STATES ATTORNEY
                            D.C. Bar No. 498-610

                            _____

                            DARLENE M. SOLTYS
                            Assistant United States Attorney
                            Bar No. 431-036
                            Organized Crime and Narcotics Section
                            (202) 514–8147
                            darlene.soltys@usdoj.gov

                            _____

                            JOHN P. DOMINGUEZ
                            Assistant United States Attorney
                            D.C. Bar No. 959809
                            Organized Crime and Narcotics Section
                            555 4th Street, N.W.
                            Washington, DC 20530
                            (202) 514-7060; Fax: 514-8707
                            john.dominuez@usdoj.gov

Certificate of Service

      I hereby certify that a copy of the foregoing response to miscellaneous relief has been delivered by facsimile, and ECF, to the attorney for the defendant listed below:

Anthony Martin, Attorney at Law

and to

Kathie McGill
United States Probation Officer
U.S. Courthouse
Washington, D.C.  20001

      This   8th day of February, 2008.
.

                                          _____
                                          John P. Dominguez/Darlene M. Soltys
                                          Assistant United States Attorney