UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 05-343 (RMC) |
| KRAN BELL   : | |
| Defendant.   : | |

**ORDER**

Upon consideration of the Defendant's Motion for Miscellaneous Relief and the Government's Response, and the entire record herein, it is this _____ day of February, 2008,

ORDERED, that the defendant's Motion for Miscellaneous Relief is denied.

_____
Judge, United States District Court
For the District of Columbia