UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-343 (RMC) |
| ) | |
| KRAN BELL, ) | **FILED** |
| Defendant. ) | FEB 0 8 2008 |
| ) | NANCY MAYER WHITTINGTON<br>U.S. DISTRICT COURT |

**ORDER**

Kran Bell was sentenced by this Court on January 18, 2008, to a term of incarceration of 18 years, with credit for time served. Mr. Bell had pled guilty on September 19, 2005, to a drug conspiracy and distribution, participation in a racketeer corrupt organization, commission of a violent crime in aid of racketeering, and the use and discharge of a firearm during a crime of violence. The United States recommended a sentence of 20 years, which the Court reduced by 24 months due to the impressive efforts of Mr. Bell to rehabilitate himself during his years of incarceration pending sentencing.

Mr. Bell now moves, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure for reconsideration and reduction of his sentence to a term of 15 years. He notes that "the court was under the mistaken impression that he had not acquired his GED during his term of incarceration" but that he has, in fact, achieved his GED and completed several vocational programs. Motion for Reconsideration at 2. As a result, Mr. Bell argues that he does not need as long a sentence as that imposed by the Court and his sentence should be reduced to 15 years. He also argues that others who cooperated with the Government after being charged with multiple murders

received considerably less time than he and that he should get credit for the 23 months he was incarcerated on a parole violation during the life of the drug conspiracy. The United States opposes the motion for the reasons it initially urged the Court to impose a 20-year sentence.

The Court denies the motion to reduce Mr. Bell's sentence. *See* Dkt. #13. Mr. Bell was facing a life term which was reduced because the United States filed motions under 5K1.1 of the Sentencing Guidelines and 18 U.S.C. § 3553(e). The Court reduced his sentence to a term 24 months lower than the recommendation of the United States because of Mr. Bell's impressive rehabilitation efforts. Having already taken those efforts into account, the Court has no basis to further reduce the sentence.

**SO ORDERED**.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: 7 Feb 2008